≈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

**3M INNOVATIVE PROPERTIES COMPANY and 3M COMPANY,**

        **Plaintiffs,**

V.

**ENVISIONWARE, INC.,**

        **Defendant.**

**JUDGMENT IN A CIVIL CASE**

Case Number: **09-cv-01594-ADM-FLN**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. This case is dismissed without prejudice; and 2. Each Party shall bear its own attorneys' fees and costs.

August 22, 2011           RICHARD D. SLETTEN, CLERK
Date

         s/M. Price
    (By)          M. Price, Deputy Clerk